IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOSEPH LEE ARONSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-00756-O-BP |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant is **ORDERED** to pay Plaintiff Joseph Lee Aronson, in care of Howard D. Olinsky, an attorney, Olinsky Law Group, 250 S. Clinton St., Ste. 210, Syracuse, NY 13202, fees under the Equal Access to Justice Act in the total amount of $6,282.16 for 2.9 hours of attorney services in 2021 at a rate of $214.29 per hour and for 22.4 hours in 2022 at a rate of $229.05 per hour and for 2.2 hours of paralegal services in 2021 and 3.1 hours in 2022 at a rate of $100.00 per hour in each year.

**SO ORDERED** this **21st day** of **October, 2022**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**