IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSEPH LEE ARONSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00756-O-BP |
| | § | |
| COMMISSIONER OF | § | |
| SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** the plaintiff's Motion for Attorney's Fees Pursuant to the Social Security Act Section 206(b)(1) (ECF No. 35) and **AWARDS** the plaintiff, in care of his attorney, Howard D. Olinsky, Esq., attorney fees in the amount of $16,886.98 under 42 U.S.C. § 406(b). The Court also **ORDERS** Mr. Olinsky to promptly return to the plaintiff the $6,282.16 attorney fee award previously entered under the Equal Access to Justice Act (ECF No. 33).

**SO ORDERED** on this **5th day** of **September, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE